UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **ALLA R. KOGELMAN,** | ) | Case No. 18-27794 |
| | ) | |
| | ) | Hon. A. BENJAMIN GOLDGAR |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  THE HONORABLE A. BENJAMIN GOLDGAR

NOW COMES JOSEPH E. COHEN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,275.00 as compensation and $39.14 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,250.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $25.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $1,275.00 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Postage | $17.14 |
| Copies | $22.00 |
| TOTAL EXPENSES | $39.14 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

RESPECTFULLY SUBMITTED

DATE: May 21, 2021

/s/ *Joseph E. Cohen*
JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000
(312) 368-0300

# TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

JOSEPH E. COHEN was appointed Trustee on October 3rd, 2018 The primary asset in this case was an automobile owned by the debtor with equity. The trustee and the debtor negotiated a purchase back of the vehicle from the bankruptcy estate. That is the source of funds being used for this distribution

The Trustee is also responsible for the day to day administration of the Bankruptcy Estate. The duties carried out by the Trustee are as follows:

1. Review of court file upon appointment of Trustee.
2. Attendance at meeting of creditors.
3. Establishment and monthly reconciliation of Trustee bank accounts.
4. Maintaining and updating data and reports located in EPIC bankruptcy software.
5. Responding to letters and telephone calls from creditors as to status of case.
6. Examination of the Debtor at first meeting of creditors.
7. Review of claim docket and claims.
8. Discussions with auctioneer for liquidation of 2014 Chevrolet Equinox.
9. Review of books and records .
10. Preparation of Trustee's Final Report, Application for Trustee Compensation and related documents for closing of case.
11. Attendance at Final Meeting of Creditors.
12. Issuance of checks for final distribution.
13. Preparation of Trustee's Final Account and other closing documents.

It is estimated that the Trustee expended 15.00 hours in performing his Trustee duties.